UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC YOUNG and ADAM KURTZ, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>iFINEX INC.; BFXNA INC.; BFXWW INC.; TETHER HOLDINGS LIMITED; TETHER LIMITED; DIGFINEX INC.; TETHER OPERATIONS LIMITED; TETHER INTERNATIONAL LIMITED; AND JOHN DOES 1-50,<br><br>Defendants. | Case No. 2:19-cv-01902 (JLR) |

## STIPULATION AND [PROPOSED] ORDER
## TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)

The Parties, by and through their undersigned counsel, hereby stipulate and agree that this action should be transferred from the United States District Court for the Western District of Washington, Seattle Division, to the United States District Court for the Southern District of New York, New York Division. Defendants shall accept service of process in the Southern District of New York. The Parties also stipulate and agree that this Stipulation and Order, and transfer of the action pursuant to this Stipulation and Order, shall not be deemed to waive any of Defendants' defenses, including but not limited to objections to lack of personal jurisdiction; however, such jurisdictional defenses shall not include any defenses of improper service of process. The parties hereby stipulate to entry of the subjoined order.

| | | |
|---|---|---|
| Dated: | New York, NY<br>December 30, 2019 | **WALDEN MACHT & HARAN LLP**<br><br>By: _____/s/ STL_____<br>Jim Walden<br>Daniel A. Cohen<br>Stephanie T. Levick<br>Walden Macht & Haran LLP<br>One Battery Park Plaza, 34th Floor<br>New York, NY 10004<br>Tel.: (212) 335-2030<br>Fax: (212) 335-2040<br><br>*Counsel for Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Limited, DigFinex Inc., Tether Operations Limited, Tether International Limited* |
| Dated: | San Diego, CA<br>December 30, 2019 | **LAW OFFICES OF MICHAEL JASON LEE, APLC**<br><br>By: _____/s/ STL_____<br>Michael Jason Lee<br>Law Offices of Michael Jason Lee, APLC<br>4660 La Jolla Village Drive, Suite 100<br>San Diego, CA 92122<br>Tel.: (858) 550-9984<br>Fax: (858) 550-9985<br><br>*Counsel for Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Limited, DigFinex Inc., Tether Operations Limited, Tether International Limited* |

| | | |
|---|---|---|
| Dated: | Carlsbad, CA<br>December 30, 2019 | **DILLON MILLER & AHUJA LLP** |
| | By: | _(signature)_ Sunjina K. Ahuja /STL |

Sunjina K. Ahuja
Christopher J. Beal
Dillon Miller & Ahuja LLP
5872 Owens Ave, Suite 200
Carlsbad, CA 92008
Tel.: (858) 587-1800
Fax: (858) 587-2587

*Counsel for Defendants iFinex Inc., BFXNA Inc., BFXWW Inc., Tether Holdings Limited, Tether Limited, DigFinex Inc., Tether Operations Limited, Tether International Limited*

Dated: Seattle, WA
December 30, 2019

**BRESKIN JOHNSON TOWNSEND, PLLC**

By:  s/ Roger M. Townsend

Roger M. Townsend, WSBA #25525
Breskin Johnson Townsend, PLLC
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel.: (206) 652-8660

*Counsel for Plaintiffs Eric Young and Adam Kurtz and the Proposed Class*

Dated: New York, NY
December 30, 2019

**KIRBY McINERNEY LLP**

By:  _(signature)_

David E. Kovel (*pro hac vice*)
Karen M. Lerner (*pro hac vice*)
Anthony E. Maneiro (*pro hac vice*)
Kirby McInerney LLP
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600

*Counsel for Plaintiffs Eric Young and Adam Kurtz and the Proposed Class*

3

Dated: Princeton, NJ
December 30, 2019

**RADICE LAW FIRM, P.C.**

By: _____
John Radice (*pro hac vice forthcoming*)
Radice Law Firm, P.C.
475 Wall Street
Princeton, New Jersey 08540
Tel.: (646) 245-8502

*Counsel for Plaintiffs Eric Young and Adam Kurtz and the Proposed Class*

## ORDER

Based on the foregoing stipulation of the parties, this action shall be transferred to the United States District Court for the Southern District of New York. The clerk is directed to initiate transfer of the action. The within Stipulation and Order, and transfer of the action pursuant to the within Stipulation and Order shall not be deemed to waive any of Defendants' defenses, including but not limited to objections to lack of personal jurisdiction; however, such jurisdictional defenses shall not include any defenses of improper service of process. No attorneys' fees or costs shall be awarded in connection with this transfer.

Dated this ___ day of December 2019.

_____
The Honorable James L. Robart

4