**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ERIC YOUNG and ADAM KURTZ, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>iFINEX INC.; BFXNA INC.; BFXWW INC.; TETHER HOLDINGS LIMITED; TETHER LIMITED; DIGFINEX INC.; TETHER OPERATIONS LIMITED; TETHER INTERNATIONAL LIMITED; AND JOHN DOES 1-50,<br><br>   Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 2:19-cv-01902 (JLR) |

PLEASE TAKE NOTICE that Plaintiffs Eric Young and Adam Kurtz, by and through their undersigned counsel, hereby voluntarily dismiss their claims without prejudice against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have not served an answer or a motion for summary judgment to Plaintiffs' Complaint.

NOTICE OF VOLUNTARY DISMISSAL - 1

**BRESKIN | JOHNSON | TOWNSEND** PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

| | | |
|---|---|---|
| Dated: Seattle, WA<br>January 7, 2020 | | **BRESKIN JOHNSON TOWNSEND, PLLC** |
| | By: | s/ *Roger M. Townsend*<br>Roger M. Townsend, WSBA #25525<br>Breskin Johnson Townsend, PLLC<br>1000 Second Avenue, Suite 3670<br>Seattle, Washington 98104<br>Tel.: (206) 652-8660 |
| | | *Counsel for Plaintiffs Eric Young and Adam Kurtz and the Proposed Class* |
| Dated: New York, NY<br>January 7, 2020 | | **KIRBY McINERNEY LLP** |
| | By: | s/ *David E. Kovel*<br>David E. Kovel (*pro hac vice*)<br>Karen M. Lerner (*pro hac vice*)<br>Anthony E. Maneiro (*pro hac vice*)<br>Kirby McInerney LLP<br>250 Park Avenue, Suite 820<br>New York, New York 10177<br>Tel.: (212) 371-6600 |
| | | *Counsel for Plaintiffs Eric Young and Adam Kurtz and the Proposed Class* |