**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ERIC YOUNG and ADAM KURTZ, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>iFINEX INC.; BFXNA INC.; BFXWW INC.; TETHER HOLDINGS LIMITED; TETHER LIMITED; DIGFINEX INC.; TETHER OPERATIONS LIMITED; TETHER INTERNATIONAL LIMITED; AND JOHN DOES 1-50,<br><br>      Defendants. | **[PROPOSED] ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:19-cv-01902 (JLR) |

The Court having considered the Notice of Voluntary Dismissal Without Prejudice filed by Eric Young and Adam Kurtz, it is hereby ORDERED that all the claims set forth in the Complaint shall be dismissed against all Defendants without prejudice.

Dated this ___ day of January 2020.

                        _____
                        The Honorable James L. Robart